United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ILF INC.,
*Plaintiff,*

V.

POWER HOME REMODELING GROUP, LLC,
*Defendant*

§ CIVIL ACTION NO. 4:26cv4376

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 22, 2026 (Dkt. 16) and the objections thereto (Dkt. 17), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, ILF Inc.'s Motion to Remand (Dkt. 7) is **GRANTED IN PART** to the extent that the case is **REMANDED** to state court and **DENIED IN PART** to the extent that the Court declines Plaintiff's requests for attorney's fees.

It is further **ORDERED** that this case is **REMANDED** to the **400th Judicial District Court of Fort Bend County, Texas**.

**SIGNED** at Houston, Texas this 8th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE